## STATE *vs.* JAMES M. MEAD.

In a plea in abatement to an indictment, alleging that one H., by presenting himself as
grand juryman, prevented the attendance of C. and M., who were drawn as grand
jurors according to law, notified to attend, and ready and willing to serve, it is the duty
of the defendant to show, affirmatively, by his plea, that C. and M. were legally
drawn.

INDICTMENT for maintaining a common nuisance. On demur-
rer to pleas in abatement.

*Providence, October* 23, 1886. PER CURIAM. The defendant
pleads in abatement to the indictment, in effect, that Benjamin
Hall, Jun., of Portsmouth, in the county of Newport, in the State
of Rhode Island, who acted as one of the grand jurors in finding
the indictment, was not qualified to act, "for that heretofore, to
wit, on the 9th day of August, A. D. 1886, Charles J. Coggeshall
and Abner S. Main, both of Portsmouth," etc., were drawn as
grand jurors, according to law, for the present term of this court,
and notified to attend, and were ready and willing to serve, but
said Hall prevented them by presenting himself. The State de-
murs on the ground that the plea does not show that said Cog-
geshall and Main were legally drawn as grand jurors. By the
recent statute, Pub. Laws R. I. cap. 609, § 1, of June 9, 1886,
the present September term of the Supreme Court for Newport
County began on the fourth Monday in September last. The
statute, Pub. Stat. R. I. cap. 200, § 15, provides that " the town
council of each town shall, at a meeting thereof *not more than six
weeks* previous to each term of the Supreme Court," draw the
grand and petit jurors which the town is required to send to the
court. If Coggeshall and Main were drawn on the 9th of August
they were drawn seven weeks before the term, and consequently
were illegally drawn. The fact that the date is laid under a *vide-*

*licet* does not help the defendant, for it is for him to show affirmatively by his plea that the drawing was legal.

*Demurrer sustained.*

*Edwin Metcalf*, Attorney General, for plaintiff.
*William P. Sheffield, Jun.*, for defendant.